No. 94–8765.  JAMES v. UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Bailey* v. *United States, ante*, p. 137.